# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

No. 13-2527 (L)
(2:12-CV-00042-JPB)

_____

LOIS ALT, d/b/a Eight is Enough,
*Plaintiff-Appellee,*

AMERICAN FARM BUREAU FEDERATION and WEST VIRGINIA
FARM BUREAU,
*Plaintiffs/Intervenors-Appellees,*

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,
*Defendant-Appellant,*

POTOMAC RIVERKEEPER, WEST VIRGINIA RIVERS COALITION,
WATERKEEPER ALLIANCE, CENTER FOR FOOD SAFETY, and
FOOD & WATER WATCH,
*Defendants/Intervenors-Appellants.*

_____

On Appeal from the United States District Court
For the Northern District of West Virginia

_____

**UNOPPOSED JOINT MOTION TO
MODIFY THE BRIEFING SCHEDULE**

_____

Defendant-Appellant the United States Environmental Protection

Agency ("EPA") and Defendants/Intervenors-Appellants Potomac

Riverkeeper, West Virginia Rivers Coalition, Waterkeeper Alliance,

Center for Food Safety, and Food & Water Watch ("Environmental-

Intervenors"), hereby jointly move this Court pursuant to FRAP 26(b) and FRAP 27 to modify the briefing schedule as follows:

-- Either the separate opening briefs or the joint opening brief are due on or before September 23, 2014 (a 21-day extension from the current schedule);

-- The joint response brief is due on or before November 4, 2014 (a 8-day extension from the current schedule);

-- Either the separate reply briefs or the joint reply brief are due on or before December 2, 2014 (a 14-day extension from the current schedule).

EPA has a pending motion for leave to file separate briefs which Appellees have opposed. However, counsel for Plaintiff-Appellee Lois Alt and Plaintiffs/Intervenors-Appellees the American Farm Bureau Federation and the West Virignia Farm Bureau have been contacted and do not oppose the amended briefing schedule proposed above. The proposed amended briefing schedule incorporates the full amount of their request for additional time. *See* Doc. 45 at 4. The reasons for this motion to modify the briefing schedule are set out in the attached declaration of Peter Krzywicki, the Justice Department attorney with

primary responsibility for preparation of any brief filed by the Federal Appellant.

                        Respectfully submitted,

/s/ Peter Krzywicki
Attorney, U. S. Dep't of Justice
Env't & Natural Resources Div.
P.O. Box 7415
Washington, D.C. 20044
(202) 305-4903
Peter.Krzywicki@usdoj.gov

*For Federal Defendant*

| | |
|---|---|
| /s/ Susan J. Kraham | /s/ Eve C. Gartner |
| Senior Staff Attorney | Staff Attorney |
| Columbia University School of Law | Earthjustice Northeast Office |
| Environmental Law Clinic | 48 Wall Street, 19th Floor |
| 435 West 116th Street | New York, New York 10005 |
| New York, New York 10027 | (212) 845-7381 |
| | |
| *For Potomac Riverkeeper and West Virginia Rivers Coalition* | *For Waterkeeper Alliance* |

/s/ Paige Tomaselli
Attorney, Center for Food Safety
303 Sacramento St, 2nd floor
San Francisco, CA 94111
PTomaselli@CenterforFoodSafety.org
(415) 826-2770

*For Center for Food Safety and
Food and Water Watch*

3

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
_____

No. 13-2527 (L)
(2:12-CV-00042-JPB)
_____

LOIS ALT, d/b/a Eight is Enough,
*Plaintiff-Appellee,*

AMERICAN FARM BUREAU FEDERATION and WEST VIRGINIA FARM BUREAU,
*Plaintiffs/Intervenors-Appellees,*

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,
*Defendant-Appellant,*

POTOMAC RIVERKEEPER, WEST VIRGINIA RIVERS COALITION, WATERKEEPER ALLIANCE, CENTER FOR FOOD SAFETY, and FOOD & WATER WATCH,
*Defendants/Intervenors-Appellants.*
_____

On Appeal from the United States District Court
For the Northern District of West Virginia
_____

**DECLARATION OF PETER KRZYWICKI**
_____

1. My name is Peter Krzywicki, and I am an attorney in the Appellate Section of Environment and Natural Resources Division of United States Department of Justice. I am the attorney in the Section

with primary responsibility for preparation of any brief filed by the Federal Appellant.

2. Counsel for Plaintiff-Appellee Lois Alt and Plaintiffs/Intervenors-Appellees the American Farm Bureau Federation and the West Virginia Farm Bureau have been consulted and do not oppose the relief requested.

3. This is the Federal Appellant's first request for an extension of time in this appeal. The joint opening brief of the Defendant-Appellant and Defendants/Intervenors-Appellants is currently due on September 2, 2014.

4. EPA has a pending motion before this Court for leave to file separate briefs in this case. EPA requests that this motion for an extension be applied regardless of how this Court rules on the motion for leave to file separate briefs.

5. First, I require additional time to prepare and file any opening brief for the Federal Appellant in this matter because of my involvement in other cases. I am the lead attorney for the federal parties in *Nisenan Tribe of the Nevada City Rancheria v. Sally Jewel*, 9th Cir. No. 14-15541. I am responsible for preparing the government's

response brief in that case which is currently due on October 27, 2014. I am also the lead attorney for the federal parties in *David Everist v. United States Department of Agriculture*, 9th Cir. No. 14-35661; *Bark v. Northrop*, 9th Cir. No. 14-35398; and *ONDA v. Sally Jewel*, 9th Cir. No. 13-36078. All of these cases are on-going and will require my time during the time provided for the preparation and filing of any briefs in this appeal.

6. Second, an extension is also required because the lead attorney on this matter at the EPA will be out on leave from August 16 to August 24 and her supervisor will be out on leave from August 13 to August 29. Prior to the briefing schedule being set, I also planned to be on leave from August 28 to September 7.

7. Third, an extension is necessary to allow adequate time for the responsible officials to complete the process of deciding whether the United States will proceed with an appeal in this matter. The Solicitor General is the official within the Department of Justice with authority to determine whether the United States will pursue an appeal here. 28 C.F.R. 0.20(b). Obtaining his approval of an appeal requires an extensive review process within the Department of Justice, including

3

the following: the preparation of a memorandum for the Solicitor General; review of that memorandum within the Appellate Section of the Environment and Natural Resources Division of the Department of Justice as well as by the Assistant Attorney General for the Division; review by an Assistant to the Solicitor General and a Deputy Solicitor General; and finally review and a decision on what issues if any to appeal by the Solicitor General himself.  This process is not yet complete.  The requested extension will help accommodate this decision making process.

8.  Finally, the requested extension is required to help accommodate the approval of any brief that the Federal Appellant may file.  The approval process requires review by multiple officials within the Department of Justice and the EPA, and ultimately the approval of the Acting Assistant Attorney General for the Environment and Natural Resources Division.  In addition, if EPA's pending motion for separate briefing is denied, the extension will facilitate coordination with Environmental-Intervenors.  Accordingly, the Federal Appellant's request an extension of 21 days – to September 23, 2014 – for the filing of their opening brief.

4

9. For similar reasons, and to avoid the potential need to bifurcate the briefing schedule, the Environmental-Intervenors join in this request and request that the due date for either the joint opening brief or their separate opening brief also be extended to September 23, 2014.

10. In response to EPA's motion to file separate briefs, *see* Doc. 43, Appellees request that the due date for their response brief be extended by 8 days. *See* Doc. 45 at 4. Appellants have no objection to Appellees' request and have incorporated that additional time into the proposed briefing schedule making the Appellees' joint response brief due on November 4, 2014.

11. For similar reasons as presented above, and to avoid duplicative motions in regards to the briefing schedule, both EPA and Environmental-Intervenors request that any optional reply brief or briefs not be due until December 2, 2014.

12. I will work diligently to complete any opening brief the Federal Appellant files within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2014.

          Respectfully submitted,

          /s/ Peter Krzywicki
          Attorney, U. S. Dep't of Justice
          Env't & Natural Resources Div.
          P.O. Box 7415
          Washington, D.C. 20044
          (202) 305-4903
          Peter.Krzywicki@usdoj.gov

          *For Federal Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of August, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit using the appellate CM/ECF system, causing a Notice of Electronic Filing to be sent to all counsel on the ECF service list.

Respectfully submitted,

<u>/s/ Peter Krzywicki</u>
Attorney, U. S. Dep't of Justice
Env't & Natural Resources Div.
P.O. Box 7415
Washington, D.C. 20044
(202) 305-4903
Peter.Krzywicki@usdoj.gov

*For Federal Defendant*