FILED: August 18, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2527 (L)
(2:12-cv-00042-JPB)

_____

LOIS ALT, d/b/a Eight is Enough

    Plaintiff - Appellee

AMERICAN FARM BUREAU FEDERATION; WEST VIRGINIA FARM BUREAU

    Intervenors/Plaintiffs - Appellees

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

    Defendant

WEST VIRGINIA RIVERS COALITION; POTOMAC RIVERKEEPER; WATERKEEPER ALLIANCE, INCORPORATED

    Intervenors/Defendants

 and

CENTER FOR FOOD SAFETY; FOOD & WATER WATCH

    Intervenors/Defendants - Appellants

_____

## CORRECTED ORDER
_____

Upon consideration of submissions relative to the motion to file separate briefs, the court grants the motion, with no reduction in the word limit for each opening brief as defined in FRAP 32(a)(7).

All parties to a side shall continue to share time for oral argument provided by this court's Local Rule 34(d).

In addition, the court grants an extension of the briefing schedule as follows:

Opening brief and appendix due: 09/23/2014

Response brief due: 11/04/2014

Reply brief due: 12/02/2014.

                                             For the Court--By Direction

                                             /s/ Patricia S. Connor, Clerk