FILED: September 22, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2527 (L)
(2:12-cv-00042-JPB)

_____

LOIS ALT, d/b/a Eight is Enough

      Plaintiff - Appellee

AMERICAN FARM BUREAU FEDERATION; WEST VIRGINIA FARM BUREAU

      Intervenors/Plaintiffs - Appellees

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

      Defendant

WEST VIRGINIA RIVERS COALITION; POTOMAC RIVERKEEPER; WATERKEEPER ALLIANCE, INCORPORATED

      Intervenors/Defendants

and

CENTER FOR FOOD SAFETY; FOOD & WATER WATCH

      Intervenors/Defendants – Appellants

_____

O R D E R

_____

The court has construed the motion for abeyance as a motion for extension of time in which to file the opening brief and appendix, and grants an extension of the briefing schedule as follows:

    Appendix due: 10/02/2014

    Opening brief due: 10/02/2014

    Response brief due: 11/13/2014

    Any reply brief: 14 days from service of response brief.

The motion to expedite ruling on the motion for abeyance is denied as moot.

                              For the Court--By Direction

                              /s/ Patricia S. Connor, Clerk